IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 15 PM 3:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| STEPHEN UNDERWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CASE NO. 04-2473 B/V |
| ) | |
| THE CITY OF MEMPHIS, et al., ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED
PLEADING

Before the court is the November 16, 2004 motion of the plaintiff, Stephen Underwood, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure for leave to amend his complaint. The plaintiff seeks to amend his complaint to affirmatively plead the jurisdictional prerequisite of compliance with the Tennessee Governmental Tort Liability Act, Tenn. Code Ann. § 29-20-303, including the waiver of immunity. For the reasons below, the plaintiff's request for leave to amend is GRANTED.

Pursuant to Local Rule 7.2(a)(2), responses to motions in civil cases are to be filed within fifteen (15) days after service of the motion. The defendant, City of Memphis, has not filed a response to this motion and the time for responding has now expired. Rule 7.2(a)(2) provides further that "[f]ailure to respond timely to any motion ... may be deemed grounds for granting the motion."

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-15-05

24

In the absence of any response from the defendant, the plaintiff's motion to amend his complaint is granted. The plaintiff shall file and serve his amended complaint attached to his motion within ten (10) days of the date of entry of this order.

IT IS SO ORDERED this 14th day of July, 2005

*/s/ Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02473 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

James David Harper
STROUD & HARPER
P.O. Box 210
Southaven, MS 38671

Stephen Underwood
6062 Knights Bridge Dr.
Memphis, TN 38115

Honorable J. Breen
US DISTRICT COURT