IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 12 PM 2: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| STEPHEN UNDERWOOD, | ) |
| Plaintiff, | ) |
| V. | ) CASE NO. 04-2473 B/V |
| THE CITY OF MEMPHIS, et al. | ) |
| Defendants. | ) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO REPLY TO DEFENDANT CITY OF MEMPHIS' MOTION TO DISMISS

This cause came before the Court on Plaintiff's Motion for Additional Time to Reply to Defendant City of Memphis' Motion to Dismiss. Upon due consideration of the Plaintiff's motion and having been advised that counsel for Defendant has no objection to this request, the Court finds that the Plaintiff's motion is well taken.

ACCORDINGLY, IT IS ORDERED that Plaintiff's Motion for Additional Time to Reply to Defendant's Motion for Summary Judgment is GRANTED. Plaintiff shall have until Monday, October 24, 2005, in which to file a reply to Defendant City of Memphis' Motion to Dismiss.

This the 9th day of Sept, 2005.

_____
U.S. DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02473 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Stephen Underwood
6062 Knights Bridge Dr.
Memphis, TN 38115

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

James David Harper
STROUD & HARPER
P.O. Box 210
Southaven, MS 38671

Honorable J. Breen
US DISTRICT COURT