IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

STEPHEN UNDERWOOD,

    Plaintiff,

v.    No. 04-2473 B

THE CITY OF MEMPHIS, et al.

    Defendants.

---

### ORDER DISMISSING DEFENDANT CITY OF MEMPHIS' NOVEMBER 3, 2004 MOTION AND DEFENDANTS SHELBY COUNTY, KIRBY AND WESLEY'S NOVEMBER 29, 2004 MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT AS MOOT

---

Before the Court are the November 3, 2004 motion of Defendant The City of Memphis to dismiss (Docket No. 12) and the November 29, 2004 motion of Defendants Shelby County, Kirby and Wesley to dismiss or, in the alternative, for summary judgment (Docket No. 16). Upon leave of the Court, Plaintiff filed an amended complaint on July 22, 2005. In response, Defendant City of Memphis filed its Motion to Dismiss Amended Complaint (Docket No. 26) and Defendants Shelby County, Kirby and Wesley filed their motion to dismiss the amended complaint or, in the alternative, for summary judgment (Docket No. 28).

As all issues raised in the original motions submitted by Defendant City of Memphis and Defendants Shelby County, Kirby and Wesley are reasserted in their respective motions based on the amended complaint, the Court will rule on only the motions based on Plaintiff's amended complaint. Accordingly, Defendant City of Memphis' Motion to Dismiss (Docket No. 12) filed November 3, 2004 and the Motion of Defendants County, Kirby and Wesley to Dismiss or, in the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-27-05



Alternative, for Summary Judgment filed November 29, 2004 (Docket No. 16) are hereby dismissed as moot. The Clerk of the Court is directed to remove the motions from pending status.

**IT IS SO ORDERED** this 26th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02473 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Stephen Underwood
6062 Knights Bridge Dr.
Memphis, TN 38115

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

James David Harper
STROUD & HARPER
P.O. Box 210
Southaven, MS 38671

Honorable J. Breen
US DISTRICT COURT