IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ᴊᴇ  D.C.

05 OCT 31  AM 11: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| STEPHEN UNDERWOOD, | ) |
| Plaintiff, | ) |
| V. | ) CASE NO. 04-2473 B/V |
| THE CITY OF MEMPHIS, et al. | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME
TO REPLY TO DEFENDANTS SHELBY COUNTY, KIRBY, AND WESLEY'S
MOTION TO DISMISS AMENDED COMPLAINT OR, IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT**

This cause came before the Court on Plaintiff's Motion for Additional Time to Reply to Defendants Shelby County, Kirby, and Wesley's Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment.

Upon due consideration of the Plaintiff's motion and having been advised that counsel for Defendant has no objection to this request, the Court finds that the Plaintiff's motion is well taken.

ACCORDINGLY, IT IS ORDERED that Plaintiff's Motion for Additional Time to Reply to Defendants Shelby County, Kirby and Wesley's Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment is GRANTED. Plaintiff shall have until Thursday, January 5, 2006, in which to file a reply to Defendants Shelby County, Kirby, and Wesley's Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-31-05

This the __28th__ day of __Oct__, 2005.

_____
U.S. DISTRICT COURT

Submitted by:
JAMES D. HARPER
Stroud & Harper, P.C.
5779 Getwell Rd., C-1
Southaven, MS 38672
Telephone: 662/536-5656
Facsimile: 662/536-5657
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02473 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Stephen Underwood
6062 Knights Bridge Dr.
Memphis, TN 38115

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

James David Harper
STROUD & HARPER
P.O. Box 210
Southaven, MS 38671

Honorable J. Breen
US DISTRICT COURT