IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| STEPHEN UNDERWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CASE NO. 04-2473 B/V |
| ) | |
| THE CITY OF MEMPHIS, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY AND DISPOSITVE MOTION DEADLINES

This cause came before the Court on Plaintiff's Motion to Extend the Discovery and Dispositive Motion deadlines.

Upon due consideration of the Plaintiff's motion and having been advised that counsel for Defendant have no objection to this request, the Court finds that the Plaintiff's motion is well taken.

ACCORDINGLY, IT IS ORDERED that Plaintiff's Motion to Extend the Discovery and Dispositive Motion deadlines is GRANTED. The Discovery deadline shall be extended to March 10, 2006, and the Dispositive Motion deadline with be extended to March 31, 2006.

This the 22nd day of November, 2005.

_____
U.S. DISTRICT COURT
U.S. Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CV-02473 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Stephen Underwood
6062 Knights Bridge Dr.
Memphis, TN 38115

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

James David Harper
STROUD & HARPER
P.O. Box 210
Southaven, MS 38671

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT