IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 22 PM 4: 27

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| STEPHEN UNDERWOOD, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>THE CITY OF MEMPHIS, et al. )<br>)<br>Defendants. ) | CASE NO. 04-2473 B/V |

### ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO REPLY TO DEFENDANTS SHELBY COUNTY, KIRBY, AND WESLEY'S MOTION TO DISMISS AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

This cause came before the Court on Plaintiff's Motion for Additional Time to Reply to Defendants Shelby County, Kirby, and Wesley's Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment.

Upon due consideration of the Plaintiff's motion and having been advised that counsel for Defendant has no objection to this request, the Court finds that the Plaintiff's motion is well taken.

ACCORDINGLY, IT IS ORDERED that Plaintiff's Motion for Additional Time to Reply to Defendants Shelby County, Kirby and Wesley's Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment is GRANTED. Plaintiff shall have until February 16, 2006, in which to file a reply to Defendants Shelby County, Kirby, and Wesley's Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-23-05

57

This the \_\_\_22d\_\_\_ day of \_\_December\_\_, 2005.

_____
U.S. DISTRICT COURT

Submitted by:
JAMES D. HARPER
Stroud & Harper, P.C.
5779 Getwell Rd., C-1
Southaven, MS 38672
Telephone: 662/536-5656
Facsimile: 662/536-5657

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CV-02473 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Stephen Underwood
6062 Knights Bridge Dr.
Memphis, TN 38115

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

James David Harper
STROUD & HARPER
P.O. Box 210
Southaven, MS 38671

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Stephen Underwood
6062 Knights Bridge Dr.
Memphis, TN 38115

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

James David Harper
STROUD & HARPER
P.O. Box 210
Southaven, MS 38671

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT